LEE HERMAN v. STATE.
No. A-1545. Opinion Filed May 31, 1913.
Appeal from Kay County Court;
Claud Duval, Judge.

Herman S. Gurley, for appellant.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

FURMAN, J. R. M. Herman and Lee Herman were jointly prosecuted in the county court of Kay county by information, charged with the offense of having unlawful possession of certain intoxicating liquors with intent to sell the same. Separate trials were had and both of the defendants were found guilty, and appealed. The conviction of R. M. Herman was affirmed. See Herman v. State, 8 Okla. Cr. 422

Upon an investigation of the record we are of the opinion that there is not sufficient evidence connecting Lee Herman with this transaction to sustain the verdict against him. The judgment of the lower court is therefore reversed, and a new trial is granted.

ARMSTRONG, P. J., and DOYLE, J., concur.

ALEX McINTYRE v. STATE.
No. A-1590. Opinion Filed June 4, 1913.
Appeal from Pittsburg County Court;
B. P. Hammond, Judge.

Alex McIntyre was convicted of a violation of the prohibitory law, and appeals. Affirmed.

PER CURIAM. Plaintiff in error was informed against and convicted of having in his possession intoxicating liquors with the intention of selling the same in violation of the prohibition law.

Upon his trial the jury found him guilty, and assessed his punishment at confinement in the county jail for thirty days, and that he pay a fine of fifty dollars.

No brief has been filed, nor oral argument made on behalf of the defendant. The Attorney General has filed a motion to affirm for failure to prosecute the appeal. From an examination of the record, our conclusion is that this appeal was taken purely for delay, as there is not the semblance of merit in the errors assigned. The judgment of the county court of Pittsburg county is therefore affirmed. Mandate forthwith.